IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA EMBRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:26-CV-00881-N |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have announced that this case has been resolved.  Any trial setting and scheduling order are vacated.  The parties have thirty days to file dismissal papers.  If the parties do not file dismissal papers within thirty days, the Court will dismiss this case without prejudice without further notice.

Signed June 11, 2026.

David C. Godbey
Senior United States District Judge

ORDER – SOLO PAGE